

*Department of Pediatrics*

## CONFIDENTIAL-PEER REVIEW

March 23, 2020

**Via Hand Delivery:**
Schyler Zane Grodman, MD
PGY 1, Pediatric Resident
1400 S. Coulter

RE:   Letter of Observation

Dear Dr. Grodman,

This letter is to notify you that effective March 23, 2020, you are being placed on a period of observation due to your medical knowledge, professionalism competency, system based competency, patient care, practice based learning, and interpersonal skill deficiencies as outlined by ACGME for physicians in training.

1. Medical knowledge:  Concerns have been voiced by faculty and senior residents about the depth of your medical knowledge and your ability to address the different medical diseases that patients may have. The thoroughness of your history taking, patient medical exam and ability to formulate a differential have been below the level expected for a resident at your level of training.

Suggested solutions:
- Increase your reading on daily bases from Nelson Pediatric Text book
- Solve PREP questions on daily bases with adequate review of the answers and the explanation of each answer.
- Respectfully inquire from the attending's and senior residents (not question them) to learn from every case you are involved in.
- Set up meetings with your mentor every 2 weeks to review your active learning plan and progress.

2. Professionalism:  There have been concerns about your behavior towards your senior colleagues. For example, you have been disrespectful and behaved with an aggressive manner toward them. Additionally, you have made rude comments about some of the patients, along with a non-respectful approach towards the patients. Colleagues have noted in-appropriate language being used within the clinic setting and some nurses have voiced concerns about professionalism in addressing their questions and concerns.

Suggested solutions:
- Show adequate respect towards your attendings, senior residents, nurses, patients and their families.
- You are required to set up a meeting with the Wellness and Rehabilitation Committee at Texas Tech and follow their recommendations.
- Be mindful of all language used in front of your colleagues and patients.

3. System based competency: There are concerns that you are not wanting to follow the systems that are in place for consultations related to patients. While we do encourage residents to try to improve systems, we still need to comply with established policies, and then find the appropriate venues to discuss and update them.

4. Patient Care: As mentioned above, there have been concerns that you don't attempt to establish rapport with the patient. Instead, you are more focused on completing the encounter, without addressing all the issues and families concerns.

Suggested Solution:
- Establish more rapport with the patients by spending adequate time with both the parents and patient.
- Discuss with your continuity attending about how to further improve on this aspect.

5. Practice-based learning and improvement: There has been adequate response to feedback over the past 9 months, however the change in response to feedback needs to be consistent and continuous.

6. Interpersonal Communication skills: This has been addressed in both the professionalism and the patient care points.

As per the above concerns, you will be observed closely for improvement in the points mentioned above and you will also be measured by:

1. OSCE exam achieving an average of B or higher.
2. Mock board exam with a minimum of 50% correct answers.
3. 1st year quiz involving case based questions and writing orders, need to achieve a 60% correct.
4. 5 clinical notes involving both clinic and hospital setting will be reviewed for accuracy and having all the points expected in the SOAP style.
5. Meeting with the Wellness and Rehabilitation Committee at Texas Tech and following their recommendations sufficiently.

Observation will start on March 23, 2020, and will be re-evaluated in the Clinical Competency Meeting on May 28, 2020. At that time, a decision will be made whether you have had a resolution/improvement in the aspects mentioned above. A failure to meet the expectation above will result in you being placed on probation, and the possibility of non-renewal of your contract. Being placed on a probation status is reportable to the Texas Medical Board.

This serves as a notification of such action,

Sincerely,

Samer Zaid Kaylani, MD, FAAP
Pediatric Program Director
Texas Tech University Health Sciences Center

Schyler Zane Grodman, MD
Pediatric Resident
Texas Tech University Health Sciences Center