

**TEXAS TECH UNIVERSITY**
**HEALTH SCIENCES CENTER**
*at Amarillo*

*Department of Pediatrics*

June 2, 2020

Schyler Zane Grodman, MD

Re: Observation Status update

Dear Dr. Grodman:

This letter is intended to inform you that the Clinical Competency Committee (CCC) met on 05/28/2020 and discussed your clinical and professional progress for the period 03/23/2020 to the date of the meeting. Data was provided from feedback from your supervising residents and attendings, mock board exam, Intern quiz and OSCE exam. The committee was also updated that you had met with the Committee on Physician Health, Wellness, and Rehabilitation (CHWR) via Zoom on May 7, 2020. The committee appreciated your voluntary participation and willingness to answer the committee's questions.

Based on the above information, it was the decision of the CCC to:
1. Remove you from the observation status that you were placed under
2. Consider the recommendations of the CHWR.
3. You can expect a review of your progress over the next 4 months (June-September 2020) at the CCC meeting scheduled for October 1st.

We commend you for the good effort at addressing the different concerns that were included in your original observation letter and urge you to continue to work hard on continuing your residency successfully.

Sincerely,

Samer Zaid Kaylani, MD, FAAP
Pediatric Program Director
Associate Professor of Pediatric
Hematology and Oncology

cc:
Kristin Stutz
Robert P. Kauffman, MD
Shannon Herrick, MD