**TEXAS TECH UNIVERSITY**
**HEALTH SCIENCES CENTER**
*at Amarillo*

*Department of Pediatrics*

December 17, 2021

Schyler Zane Grodman, MD
Department of Pediatrics
TTUHSC School of Medicine
1400 S. Coulter Drive
Amarillo, Texas  79106

Re: Probation Status

Dear Dr. Grodman:

This letter provides you notification that as of December 17, 2021, you are hereby placed on Probation status until a review of your "Probation Objectives" is completed by the Clinical Competency Committee (CCC) on March 24, 2022.

It was the decision of the CCC to place you on probation because of your failure to adequately remediate areas of academic deficiencies noted in prior corrective action plans; failure to meet the objectives expected for a third-year resident; your performance presents a serious comprise to acceptable standards of patient care; you are failing to progress satisfactorily in fund knowledge, skill acquisition and professional development; and your unprofessional conduct.

The following are major issues of concern:

1. **Medical knowledge:** Your most recent In-service Exam score showed a score of 56% correct answers with a scaled score of 143. Based on that, your predicted score of passing the board is at 61%. Your score is the lowest score among your same year colleagues. For your level of training the national average is 64% with a scaled score of 162. Also, a third year Mock Board exam was performed and you attained a very low score of 47.5% correct which is the lowest score as compared to your 3rd year colleagues.

2. **Patient care:** There have been multiple examples of serious patient related incidences that are considered major red flags in patient management and could have placed the patients in real morbid situations.
   a. You recently mismanaged a 3-year-old with severe hemolytic anemia and severe infection. Both faculty members had clearly discussed with Dr. Grodman that patient is having red cell breakdown due to a severe infection (her red blood cells are very sensitive to infection and they break). The fact that the patient was septic was stressed to the resident. Patient was considered as being in warm shock in the morning that could have progressed to severe complications and death. The patient did grow E.coli from her urine so a severe bacterial infection was present in this patient.
      i. We have discussed this case today during our discussion of the probation status.
   b. You had a five-year-old also admitted for severe acute Gastroenteritis, you placed the patient on regular maintenance fluids without rechecking if the patient

      needed further fluid resuscitation. The patient had Rota virus, E.coli EPEC, Giardia and Adenovirus in the stool causing the severe vomiting and diarrhea that required close attention to fluids in this patient.
  i. We discussed this case today during our discussion of the probation status.
 c. You recently took care of an 8-year-old asthmatic in the ER that you discharged home without communicating with the attending on service
  i. We discussed this incident with recommendations about your management on October 3rd, 2021.
 d. You took care of a 5-week-old admitted from the ED with fever of 105. No antibiotics were started on this baby for almost 7 hours despite the nurses questioning why the child was not on antibiotics with the fever he had.
  i. We discussed this incident with recommendations about your management on October 3rd, 2021.
 e. You recently entered the wrong dose on a child's anti-seizure medication into the Allscripts system that was fortunately caught before the patient had a refill on the wrong dose.
  i. We discussed this incident on November 30th, 2021 and reminded you of the importance of paying attention to detail and double checking your documentation.
 f. We have just received evaluations from the faculty in Dallas that showed you had many areas of underperformance as a third-year resident. Some of the comments they have mentioned are:
  i. Major issues with patient care, inability to recognize sick versus not sick children and unprofessional behavior towards faculty.
   a. We have discussed these issues today during our discussion of the probation status.
3. Professionalism:
 a. The current interns mention feeling very unsafe, from a patient care point, being on call with you. They have also mentioned concerns about your attitude and possible anger outbursts.
 b. Inappropriate supervision of interns during your calls
 c. The faculty have voiced serious concerns about you communicating with them about their patients. They mentioned that your history and physical are not at the level a 3rd year resident should be. There are major deficits that you are failing to collect that affect patient care.
 d. Not abiding by the rules of Texas Tech in attending a rotation and seeing patients.
 e. Unprofessional behavior towards children and ignoring the parent's requests.
  i. You were counseled about these different concerns with possible solutions on December 10, 2021

## Probation Objectives

**Medical knowledge:**
1. Provide documentation by March 10, 2022 that you have solved all PREP questions through the past 2 years (2020,2021). ✓
2. Pass the PICU OSCE case that will be done in January for the 3rd year residents. ✓
3. Pass the NICU OSCE case that will be done in February for the 3rd year residents. ✓

4. Achieve a comparable result to your 3rd year resident colleagues in the Mock Board in March 2022.

**Patient Care:**
1. You need to prepare a lecture about shock and management of shock in patients and present to your colleagues on February 24, 2022.
2. As mentioned above, pass the OSCE case in January and February 2022.
3. Receive favorable evaluations that state you meet your level of training or above from majority of the faculty you work with during the next 3 months.
4. No further serious events involving patients need to occur due to poor documentation, poor follow up or poor communication with the faculty.

**Professionalism:**
1. Receive favorable evaluations from your colleagues.
2. Receive favorable evaluations on professionalism from your faculty.
3. No incidences of anger towards any resident/nurse or patient's family and that includes the use of profane words.
4. You need to follow the rules and regulations as dictated by the program that were written based on the ACGME rules and regulations.
5. During the probation period, you will be fully supervised by all the faculty in all patient encounters, reporting all the history and physical and discussing in detail all the aspects of care related to that patient.
6. You will need to set up a meeting with the CHWR committee to discuss the concerns mentioned in this letter. You also need to set up regular meetings with the EAP to establish a good counseling relationship as you had disclosed issues with concentrating and being able to function for extended periods of time.

On March 24, 2022 the CCC will consider adjusting your probationary status and determine whether to continue your probation or recommend to dismiss you from the Residency Program if the above "Probation Objectives" are not met. Furthermore, during this period of probation and evaluation, occurrence on your part of any unsafe patient practice or unprofessional incidents may result in the recommendation that you be dismissed immediately from this program.

The program is here to assist you in successful completion of your probation. If you have any questions concerning the above objectives or your status in the residency program, please ask me immediately.

Sincerely,

Samer Zaid Kaylani, MD, FAAP
Pediatric Program Director
Associate Professor of Pediatrics

Schyler Zane Grodman
Pediatric Resident

12/17/2021

cc:
Kristin Stutz
Janet Abbott
Shannon Herrick, MD