

**CONFIDENTIAL-PEER REVIEW**

December 23, 2021

Schyler Zane Grodman, MD
Department of Pediatrics
TTUHSC School of Medicine
1400 S. Coulter Drive
Amarillo, Texas 79106

Via Hand Delivery

RE:     Notice of Suspension with Pay

Dr. Grodman,

This letter provides you notification that you are hereby placed on suspension with pay, effective immediately. On December 23, 2021, it was found that you violated the terms of your "Probation Objectives" outlined in the letter provided to you on December 17, 2021 and concerns exist that the performance of your duties are seriously compromised or may constitute a danger to patients.

Under TTUHSC House Staff Policies and Procedures, the program may suspend, with pay, a resident when concerns exist that a resident's performance of his/her duties is seriously compromised or may constitute a danger to patients (07.06.01). Suspension with pay is not appealable (07.06.04). The program has 30 days from this notification to conclude an investigation and determine the next course of action.

As part of this suspension, you have been removed from your clinical duties. However, you are to be readily available for phone calls or meetings as needed, and perform duties if, and as, needed.

In accordance with Texas Medical Board rule 171.6, this action will be reported to the Texas Medical Board Licensure Division (07.06.06).

_____          12/23/2021
Samer Zaid Kaylani, MD, FAAP            Date
Pediatric Program Director
Associate Professor of Pediatrics

_____          12/23/2021
Schyler Zane Grodman, MD                Date