**TEXAS TECH UNIVERSITY**
**HEALTH SCIENCES CENTER**
*at Amarillo*

*Department of Pediatrics*

## CONFIDENTIAL PEER REVIEW

January 7, 2022

**Via Hand Delivery:**
Schyler Zane Grodman, MD
Department of Pediatrics
TTUHSC School of Medicine
1400 S. Coulter Drive
Amarillo, Texas 79106

Re: Notice of Recommendation for Dismissal

Dear Dr. Grodman:

This letter serves notice that as the program director for the Texas Tech University Health Sciences Center Department of Pediatrics Residency Program in Amarillo, with consideration from faculty and the Clinical Competency Committee (CCC), I am recommending that you be dismissed from the Pediatric Residency Program for the reasons outlined below:

1. Performance that presents a serious compromise to acceptable standards of patient care despite repeated counseling and close mentoring concerning patient care and management.
2. Unprofessional conduct towards your patients and colleagues despite repeated attempts to assist you to improve your interpersonal and communication skills.
3. Failure to progress to the expected level of competency as a third-year pediatric resident with serious deficiencies in multiple, ACGME defined, competencies.
4. Failure to follow the Probation Objectives outlined in your probation letter that has jeopardized patient welfare.

(See TTUHSC School of Medicine House Staff Policies and Procedures, Section 7.07)

As you know, in March of 2020, you received notice about concerns related to your medical knowledge, professionalism, system-based competency, patient care, practice based learning, and interpersonal skill deficiencies in the pediatric residency program and were placed on observation status. Continued performance issues resulted in you being placed on probation on December 17, 2021. You were provided at that time with specific "Probation Objectives" for improvement. You were advised that your performance, especially in the areas of medical knowledge, patient care, and professionalism would be under close scrutiny and any occurrence on your part of any unsafe patient practice or unprofessional incidents may result in the recommendation that you be dismissed from the pediatric residency program.

During the first week of your probation, you demonstrated multiple incidences of unsafe patient practice and unprofessional behavior. Specifically, you had multiple occurrences where you failed to follow direct orders from the faculty about patient management, failed to monitor patients and address major health concerns, and failed to communicate major related events to your faculty that all created concerns that the

performance of your duties was seriously compromised and constituted a danger to patients. This led to you being placed on suspension, with pay, effective December 23, 2021.

On January 4, 2022, a meeting of the CCC occurred to investigate the events leading up to your suspension and found that your conduct constituted a danger to patients and violated the terms of your probation status. Therefore, in agreement with the CCC, I am recommending to the Dean of the School of Medicine that you be dismissed from the residency program. (See TTUHSC School of Medicine, House Staff Policies and Procedures (HSP&Ps) 07.07 Dismissal.)

At this time, you are still removed from all duties involving patient care pending a final decision by the Dean of the School of Medicine. However, in the meantime, you are to be available for duties which the residency program may assign. Please contact the Program Director directly by phone in advance of entering any of the Department of Pediatrics offices or clinic spaces or any program affiliated hospital.

You may appeal the recommendation for dismissal within five (5) business days of receipt of this notice by submitting in writing a notice of appeal to the Chair of the Graduate Medical Education Committee, Amarillo Campus, Dr. Richard Jordan (See HSP&Ps 07.07.05).

Should you have any questions regarding this action or your rights and responsibilities, please direct those questions to Kristin Stutz, DIO.

Sincerely,

_____          Date: 01/07/2022
Samer Zaid Kaylani, MD, FAAP
Pediatric Residency Program Director
Associate Professor of Pediatrics
TTUHSC-Amarillo

*He "wants to have someone review the letter before he signs it" (SZ)

_____          Date: _____
Schyler Zane Grodman, MD
My signature acknowledges receipt of the above notice


Enclosures:   2021-2022 Graduate Medical Education Program Agreement
              Observation Letter
              Probation Letter
              Suspension with Pay letter
              Disciplinary Action Form
              TTUHSC House Staff Policies and Procedures


cc:
Richard Jordan, M.D., Chair of the Graduate Medical Education Committee, Amarillo Campus (Without enclosures)
Kristin Stutz, Designated Institution Official, Amarillo (without enclosures)
Janet Abbott, Unit Manager, Office of Medical Education, Amarillo (without enclosures)
Shannon Herrick, M.D., Chair of Department of Pediatrics (without enclosures)
Surendra Varma, M.D., Associate Dean for GME and Resident Affairs (without enclosures)