UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SCHYLER GRODMAN,<br><br>     Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER,<br><br>     Defendant. | No. 5:23-CV-210-H |

### ORDER

Before the Court is the plaintiff's Motion for Leave to File First Amended Complaint. Dkt. No. 14. Given the inter-relatedness between the plaintiff's Response to Defendant's Partial Motion to Dismiss (Dkt. No. 11) and the plaintiff's first amended complaint (*see* Dkt. No. 14-1), the Court hereby stays the defendant's pending deadline to reply to the plaintiff's response to the motion to dismiss (Dkt. No. 5). The Court will revisit this stay once the defendant has had a chance to respond to the plaintiff's Motion for Leave to File First Amended Complaint (Dkt. No. 14), the plaintiff has had a chance to reply, and the Court has ruled on the plaintiff's request to amend his complaint. The deadlines for the response and the reply to the plaintiff's Motion for Leave to File First Amended Complaint are governed by Local Civil Rule 7.1.

So ordered on December 8, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE