UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SCHYLER GRODMAN,

    Plaintiff,

v.

No. 5:23-CV-210-H

TEXAS TECH UNIVERSITY HEALTH
SCIENCES CENTER,

    Defendant.

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order, Dkt. No. 63, it is hereby ordered, adjudged, and decreed that:

The plaintiff's claims against the defendant are dismissed with prejudice.

The Clerk of Court is directed to close the case.

So ordered on December 29, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE